CLERK'S OFFICE
A TRUE COPY
Sep 29, 2023
s/ LoriHanson
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
INFORMATION ASSOCIATED WITH THE )
CELLULAR NUMBER **920-618-3065** THAT IS ) Case No. 23 m 684
STORED AT PREMISES OWNED, MAINTAINED, )
CONTROLLED, OR OPERATED BY AT&T )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property pursuant to Fed. R. Crim. P. 4.1 and 41 over which the Court has jurisdiction pursuant to Title 18, United States Code, Sections 2703 and 2711:

See Attachment A.

U.S. District Court
Wisconsin Eastern
NOV 1 8 2024
FILED
Clerk of Court

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE ___October 9, 2023___ *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___JAMES R SICKEL, U.S. Magistrate Judge___.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
 ☒ for __30__ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9/29/2023 2:56 P.M.__ ___[signature]___
                                                   *Judge's signature*

City and State: Green Bay, Wisconsin    ___JAMES R SICKEL, U.S. Magistrate Judge___
                                             *Printed Name and Title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-M-684 | 10/03/2023 12:00 am | N\A |

Inventory made in the presence of :
N\A

Inventory of the property taken and name(s) of any person(s) seized:

Historical call records and location records from 09/29/23 to 10/03/23. Phone location information from 10/03/23 to 10/12/23.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/18/2024

BRIAN DARCY
Digitally signed by BRIAN DARCY
Date: 2024.11.18 15:50:51 -06'00'

*Executing officer's signature*

Brian D'Arcy, FBI SA

*Printed name and title*